## Commonwealth ex rel. Long, Appellant, *v.* Rundle.

Submitted September 10, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Robert H. Long*, appellant, in propria persona.

*Burton Satzberg* and *Arlen Specter*, Assistant District Attorneys, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

478

Opinion Per Curiam, November 15, 1962:

The order of the court below dismissing petition for writ of habeas corpus is affirmed on the opinion of Judge Weinrott of the Court of Common Pleas No. 5 of Philadelphia County, as reported in 28 Pa. D. & C. 2d 313.